Aimée Scala (SBN 302944)
aimee@mazzolalindstrom.com
**Mazzola Lindstrom LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 323-208-9774

*Attorneys for Petitioner*
Anhui Light Industries International Co., Ltd.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD.,<br><br>*Petitioner*,<br><br>v.<br><br>DREAM EXPRESS INC.,<br><br>*Respondent*. | Case No. 2:23-cv-05942<br><br>**NOTICE OF INTERESTED PARTIES AND RULE 7.1 STATEMENT** |

    Pursuant to Fed. R. Civ. P. § 7.1 and Local Rule 7.1-1, and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioner Anhui Light Industries International Co., Ltd. (a nongovernmental entity) certifies that its parent corporation is Anhui International Trade Group (Holding) Co. Ltd., a corporation registered under the laws of the People's Republic of China. No other private or public entity owns 10% or more of Anhui Light Industries International Co., Ltd.

| | |
|---|---|
| Dated: July 21, 2023 | Respectfully submitted,<br><br>**MAZZOLA LINDSTROM LLP**<br><br>By: _/s/ Aimée Scala_<br>Aimée Scala<br>2121 Avenue of the Stars, Suite 800<br>Los Angeles, CA  90067<br><br>*Attorneys for Plaintiff Anhui Light Industries International Co., Ltd.* |

NOTICE OF INTERESTED PARTIES AND RULE 7.1 STATEMENT

2