NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Bin Li (SBN 223126)
LAW OFFICES OF BIN LI, PLC
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 861-6880
Facsimile: (909) 861-8820

ATTORNEY(S) FOR: Respondent DREAM EXPRESS INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD.,<br><br>Plaintiff(s),<br>v.<br><br>DREAM EXPRESS INC.,<br><br>Defendant(s) | CASE NUMBER:<br>2:23-cv-05942-RGK-PD<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| --- | --- |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Defendant DREAM EXPRESS INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| DREAM EXPRESS INC., | Respondent |
| ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD. | Petitioner |
| MAZZOLA LINDSTROM LLP | Petitioner's Counsel |
| LAW OFFICES OF BIN LI AND ASSOCIATES | Respondent's Counsel |
| VAKILI & LEUS, LLP | Respondent's Counsel |
| SINOSURE | Petitioner's Insurance Provider |

September 13, 2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Respondent DREAM EXPRESS INC.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES